UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL A. EVANS,**

    **Plaintiff,**

v.                           Case No.  3:14cv466/MCR/CJK

**TERRY L. RHODES, Executive
Director for Florida Department of
Highway Safety and Motor Vehicles,**

    **Defendant.**

                                    /

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 29, 2016.  ECF No. 24.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment, ECF No. 17, is **GRANTED**.

3. Plaintiff's cross-motion for summary judgment, ECF No. 23, is **DENIED**.

4. Plaintiff's Emergency Motion to Enjoin the Enforcement of Defendant's Notice of Suspension Pending Disposition of this Cause, ECF No. 20, is **DENIED AS MOOT**.

5. The clerk is directed to enter judgment in favor of defendant and against plaintiff and close the file.

**DONE AND ORDERED** this 16th day of September 2016.

          _s/ M. Casey Rodgers_
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**